UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **REVA H.,**  Plaintiff,  vs.  **COMMISSIONER OF SOCIAL SECURITY,**  Defendant. | **2:22-CV-11078-TGB-KGA**  **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 18)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's August 16, 2023 Report and Recommendation (ECF No. 18), recommending that the Defendant's Motion for Summary Judgment (ECF No. 17) be granted, the Plaintiff's Motion (ECF No. 16) be denied, and the findings of the Commissioner be affirmed.

The Court has reviewed Judge Altman's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court

will, therefore, accept Judge Altman's August 16, 2023 Report and Recommendation as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that the Report and Recommendation (ECF No. 18) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 1st day of September, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge